# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | | |
|---|---|---|
| ALTERNATIVES UNLIMITED, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 4:04CV1804-SNL |
| | ) | |
| ROBERT LEE and SCHOOL SERVICE | ) | |
| SYSTEMS, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

On February 24, 2005 defendants filed motion to compel and for sanctions. The plaintiff responded and defendants replied to the response.

After defendants obtained counsel, the parties filed First Amended Joint Scheduling Plan which was approved by the Court on August 31, 2005. It appears to the Court that the Amended Joint Scheduling Plan causes the Motion to Compel to be mooted.

**IT IS THEREFORE ORDERED** that the Motion to Compel and for Sanctions is **DENIED** as mooted by the First Amended Joint Scheduling Plan.

Dated this ___15th___ day of September, 2005.

_____
SENIOR UNITED STATES DISTRICT JUDGE